```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 23476
    JOHN HOOKS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5047

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 06/13/2005 and was confirmed 08/24/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  85.77% from remaining funds.

    The case was paid in full 07/28/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
BANK OF AMERICA NA         UNSECURED      NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED        9587.71         .00       8223.28
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         .00                        .00
TOM VAUGHN                 TRUSTEE                                     524.72
DEBTOR REFUND              REFUND                                       72.30

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             8,820.30

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                 8,223.28
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         524.72
DEBTOR REFUND                                 72.30
                    --------------       --------------
TOTALS              8,820.30              8,820.30
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 10/29/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE